# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

February 27, 2025

Clerk - Middle District of Alabama
U.S. District Court
1 CHURCH ST
MONTGOMERY, AL 36104

Appeal Number: 24-12263-DD; 24-12264-DD
Case Style: Glenys Dukes v. Sanofi US Services, Inc., et al
District Court Docket No: 1:23-cv-00648-ECM-SMD

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 24-12263-DD; 24-12264-DD

_____

GLENYS DUKES,

                                                   Plaintiff - Appellant,

versus

SANOFI US SERVICES, INC.,
f.k.a. Sanofi-Aventis U.S. Inc.,
SANOFI-AVENTIS U.S. LLC,

                                                   Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

ORDER: Motion to voluntarily dismiss appeal is GRANTED by clerk [10407566-2] [10407570-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date. [24-12263, 24-12264].

Effective February 27, 2025.

                                          DAVID J. SMITH
                        Clerk of Court of the United States Court
                            of Appeals for the Eleventh Circuit

                                                                            FOR THE COURT - BY DIRECTION